## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Harold Wlson                                                              CHAPTER 13
                                Debtor(s)

BKY. NO. 20-11852 JKF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nissan Motor Acceptance Corporation and index same on the master mailing list.

                          Respectfully submitted,
                          **/s/ Rebecca A. Solarz Esquire**
                          Rebecca A Solarz, Esquire
                          Kevin G. McDonald, Esquire
                          KML Law Group, P.C.
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106-1532
                          (215) 627-1322