```
Name....: MR HAROLD WILSON              Exemptions: FED 00 Single         Cost Center: 49293
Personnel # :01165062                    Exemptions: PA  00                Pay type...: Regular payroll
Pay area..: XL  XL Bi-weekly            Exemptions: PBKX 00 Single        Pay period.: 02/02/2020 - 02/15/2020
Legal Entity:T138                        Exemptions: PC3R 00 Single        Payroll for: 04/2020
                                         Exemptions:                       Payroll in.: 04/2020

Check date  Check number   Chk amount  =    Gross    -    Taxes    -   DEDS    +  EXP REIM      Total Hours Worked
02/21/2020  <Not assigned>     767.21       1,005.90      238.69                      0.00                    46.10

GROSS      JOB CODE    RATE    HOURS        AMOUNT            YTD        PRE-TAX ITEMS                  AMOUNT           YTD
1011 VacPayHr                                                166.56      3036 Other Insurance                         180.00
1014 MiscPay                                    22.50        200.30      Tax Exempt Total                             180.00
1014 MiscPay                                    23.60        637.44
1017 SickPayH                                                180.00      POST-TAX ITEMS                    AMOUNT          YTD
1068 BackPyRA                                                333.12      2711 Union Dues                              107.40
1155 Holiday                                                             Total After Tax Deduction                    107.40
1160 ShiftHrs          20.82    22.50          468.45
1160 ShiftHrs          20.82    23.60          491.35      3,995.37                                        Amount
1162 OT EPAY                                                 230.08      BANK INFORMATION                   50.00
Total Earnings                               1,005.90      5,742.87      Bank Number       Account Number 717.21
                                                                         XXXXXXXXX         XXXXXXX3016
TAXES                                        AMOUNT            YTD       XXXXXXXXX         XXXXXXX3076
Federal       FED    Federal
/401 TX Withholding Tax                         95.57        546.44
/403 TX EE Social Security Tax                  62.37        344.90
/405 TX EE Medicare Tax                         14.58         80.66
State         PA     Pennsylvania
/401 TX Withholding Tax                         30.88        170.78
/420 TX EE Unemployment Tax                      0.61          3.45
City          PBKX   Philadelphia
/401 TX Withholding Tax                         34.68        191.80
Total Taxes                                    238.69      1,338.03
```

Associate exclusive discounts are a click away - All you need is
your personnel number found at the top of this paystub.
Visit: www.compassgroup.perkspot.com and start saving!
<http://www.compassgroup.perkspot.com>

Always be professional, polite, honest and transparent when
dealing with clients, customers, suppliers and colleagues.

If you have any questions about the Code of Business Conduct
speak to your manager or use Speak Up 866-654-6626.

Total hours worked means time spent working and does not include
OT Premium (Gross pay codes 1211,1221, 1231), holiday, sick,
vacation or any other paid time off.

Descuentos exclusivos por asociados son un
clic de distancia - Todo lo que necesita es
su número de personal que se encuentra en la
parte superior de este comprobante de pago.
Visita: www.compassgroup.perkspot.com y
comience a ahorrar!
<http://www.compassgroup.perkspot.com>

Sea siempre profesional, educado/a, honesto/a
y transparente en el trato con sus clientes,
proveedores y colegas.

Si tiene alguna pregunta sobre el Código
de ética empresarial hable con su superior
o utilice el servicio Speak Up 866-654-6626.

El total de horas trabajada significa el tiempo
de trabajo y no incluye prima por horas extra
(códigos de pago bruto 1211, 1221, 1231)
feriados, licencia por enfermedad, tiempo de
vacaciones o cualquier otro tiempo libre
remunerado.

Crothall Healthcare, Inc.
1500 Liberty Ridge Dr., St 210
Wayne ,PA 19087
877-311-4747

37736 = 2895

```
Name.......: MR HAROLD WILSON            Exemptions: FED 00 Single       Cost Center: 49293
Personnel #:0116506 2                    Exemptions: PA  00              Pay type...: Regular payroll
Pay are..: XL XL Bi-weekly               Exemptions: PBKX 00 Single      Pay period.: 02/16/2020 - 02/29/2020
Legal Entity:T138                        Exemptions: PC3R 00 Single      Payroll for: 05/2020
                                         Exemptions:                     Payroll in.: 05/2020

Check date  Check number  Chk amount =   Gross   -  Taxes   -  DEDS  +  EXP REIM  Total Hours Worked
03/06/2020  <Not assigned>    966.49    1,348.84    328.65    53.70 +    0.00              62.00

GROSS       JOB CODE         RATE  HOURS       AMOUNT    YTD                                         AMOUNT      YTD
1011 VacPayHr                                            166.56        PRE-TAX ITEMS
1014 MiscPay                                    30.80    258.30        3036 Other Insurance                     180.00
1014 MiscPay                                    27.20    637.44        Tax Exempt Total                         180.00
1017 SickPayH                                            180.00
1068 BackPyRA                                            333.12        POST-TAX ITEMS                  AMOUNT   YTD
1155 Holiday                                                           2711 Union Dues                 53.70-   161.10-
1160 ShiftHrs                20.82  30.80      641.26                  Total After Tax Deduction      53.70-   161.10-
1160 ShiftHrs                20.82   4.00       83.28
1160 ShiftHrs                20.82  27.20      566.30  5,286.21        BANK INFORMATION                         Amount
1162 OT EPAY                                             230.08        Bank Number       Account Number        100.00
Total Earnings                               1,348.84  7,091.71        XXXXXXXX          XXXXXXX3016            866.49
                                                                       XXXXXXXX          XXXXXXX3076

TAXES                                          AMOUNT    YTD
Federal
 /401 TX Withholding    FED  Federal           136.73    683.17
 /403 TX EE Social Security Tax                 83.63    428.53
 /405 TX EE Medicare Tax                        19.56    100.22
State                   PA   Pennsylvania
 /401 TX Withholding Tax                        41.41    212.19
 /420 TX EE Unemployment Tax                     0.81      4.26
City                    PBKX Philadelphia
 /401 TX Withholding Tax                        46.51    238.31
Total Taxes                                    328.65  1,666.68
```

Associate exclusive discounts are a click away - All you need is your personnel number found at the top of this paystub.
Visit: www.compassgroup.perkspot.com and start saving!
<http://www.compassgroup.perkspot.com>

Always be professional, polite, honest and transparent when dealing with clients, customers, suppliers and colleagues.

If you have any questions about the Code of Business Conduct speak to your manager or use Speak Up 866-654-6626.

Total hours worked means time spent working and does not include OT Premium (Gross pay codes 1211, 1221, 1231), holiday, sick, vacation or any other paid time off.

Descuentos exclusivos por asociados son un clic de distancia - Todo lo que necesita es su número de personal que se encuentra en la parte superior de este comprobante de pago.
Visita: www.compassgroup.perkspot.com y comience a ahorrar!
<http://www.compassgroup.perkspot.com>

Sea siempre profesional, educado/a, honesto/a y transparente en el trato con sus clientes, proveedores y colegas.

Si tiene alguna pregunta sobre el Código de ética empresarial hable con su superior o utilice el servicio Speak Up 866-654-6626.

El total de horas trabajada significa el tiempo de trabajo y no incluye prima por horas extra (códigos de pago bruto 1211, 1221, 1231) feriados, licencia por enfermedad, tiempo de vacaciones o cualquier otro tiempo libre remunerado.

Crothall Healthcare, Inc.
1500 Liberty Ridge Dr., St 210
Wayne, PA 19087
877-311-4747

Handwritten: 3  1345 x 26 = 35074 ! R

```
Name......: MR HAROLD WILSON              Exemptions: FED 00 Single          Cost Center:  49293
Personnel #:01165062                      Exemptions: PA  00                 Pay type...:  Regular payroll
Pay area...: XL XL Bi-weekly              Exemptions: PBKX 00 Single         Pay period.:  03/01/2020 - 03/14/2020
Legal Entity:T138                         Exemptions: PC3R 00 Single         Payroll for:  06/2020
                                          Exemptions:                        Payroll in.:  06/2020

Check date   Check number   Chk amount =  Gross    -  Taxes   -  DEDS   +  EXP REIM         Total Hours Worked
03/20/2020   <Not assigned>   1,011.21    1,336.64    325.43                     0.00                    40.00

GROSS         JOB CODE    RATE     HOURS       AMOUNT                                                          YTD
1011 VacPayHr             20.82    16.00       333.12        PRE-TAX ITEMS                     AMOUNT
1014 MiscPay                                                 3036 Other Insurance                           499.68
1017 SickPayH                                                Tax Exempt Total                               258.30
1068 BackPyRA                                                                                               637.44
1155 Holiday              20.82     8.00       166.56                                                       180.00
1160 ShiftHrs             20.82    32.00       666.24        POST-TAX ITEMS                    AMOUNT          YTD
1160 ShiftHrs             20.82     7.60       158.23        2711 Union Dues                                161.10
1162 OT EPAY              31.23     0.40        12.49        Total After Tax Deduction                      161.10
Total Earnings                               1,336.64                                          Amount
                                                             BANK INFORMATION                  100.00
                                                             Bank Number      Account Number   911.21
TAXES                                 AMOUNT           YTD    XXXXXXXXX        XXXXXXX3016
Federal    FED  Federal                                       XXXXXXXXX        XXXXXXX3076
 /401 TX Withholding Tax              135.26        818.43
 /403 TX EE Social Security Tax        82.87        511.40
 /405 TX EE Medicare Tax               19.38        119.60
State      PA   Pennsylvania
 /401 TX Withholding Tax               41.03        253.22
 /420 TX EE Unemployment Tax            0.80          5.06
City       PBKX Philadelphia
 /401 TX Withholding Tax               46.09        284.40
Total Taxes                           325.43      1,992.11
```

Associate exclusive discounts are a click away - All you need is
your personnel number found at the top of this paystub.
Visit: www.compassgroup.perkspot.com and start saving!
<http://www.compassgroup.perkspot.com>

Always be professional, polite, honest and transparent when
dealing with clients, customers, suppliers and colleagues.

If you have any questions about the Code of Business Conduct
speak to your manager or use Speak Up 866-654-6626.

Total hours worked means time spent working and does not include
OT Premium (Gross pay codes 1211, 1221, 1231), holiday, sick,
vacation or any other paid time off.

Descuentos exclusivos por asociados son un
clic de distancia - Todo lo que necesita es
su número de personal que se encuentra en la
parte superior de este comprobante de pago.
Visita: www.compassgroup.perkspot.com y
comience a ahorrar!
<http://www.compassgroup.perkspot.com>

Sea siempre profesional, educado/a, honesto/a
y transparente en el trato con sus clientes,
proveedores y colegas.

Si tiene alguna pregunta sobre el Código
de ética empresarial hable con su superior
o utilice el servicio Speak Up 866-654-6626.

El total de horas trabajada significa el tiempo
de trabajo y no incluye prima por horas extra
(códigos de pago bruto 1211, 1221, 1231)
feriados, licencia por enfermedad, tiempo de
vacaciones o cualquier otro tiempo libre
remunerado.

Crothall Healthcare, Inc.
1500 Liberty Ridge Dr., St 210
Wayne ,PA 19087
877-311-4747