UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| HAROLD WLSON | Bankruptcy No.20-11852-AMC |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 29th day of July, 2020, by first class mail upon those listed below:

HAROLD WLSON
146 Long Lane
APT 104
Upper Darby, PA  19082

**Electronically via CM/ECF System Only:**

TIMOTHY ZEARFOSS  ESQ
143-145 LONG LANE
UPPER DARBY, PA  19082

*/s/ Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee