**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

```
IN RE:                           : BR NO. 20-11852
HAROLD WILSON                    :
        Debtor.                  : Chapter 13
```

**PRAECIPE TO CONVERT CHAPTER 13 CASE TO CHAPTER 7 CASE**

TO THE BANKRUPTCY CLERK:

The above debtor hereby converts the above-captioned Chapter 13 case to one under Chapter 7, pursuant to 11 U.S.C. Sec. 1307(c).

/s/Timothy Zearfoss_____
Timothy Zearfoss, Esquire
143-145 Long Lane
Upper Darby, PA 19082
(610)734-7001