## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

September 16, 2020

To:

Timothy Zearfoss

In re: **Harold Wlson**
Bankruptcy No. **20-11852**
Adversary No.
Chapter 17

Re: Motion to Convert Fee

The above document(s) were filed in this office on 09/15/2020**.**  Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

| | |
|---|---|
| () | Voluntary Petition |
| () | Adversary Proceeding |
| () | $31.00 Filing Fee for Amendments |
| (X) | $25.00 Praecipe to Convert |
| () | Motion Filing Fee |

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will  be referred to the Chief Judge.

Timothy B. McGrath
Clerk

By:**Donna Rockeymore**
Deputy Clerk

*Fee Notice*
*(11/26/18)*