```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                          Case No. 20-11852-amc
Harold Wlson                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2       User: Lisa                Page 1 of 1              Date Rcvd: Sep 17, 2020
                           Form ID: pdf900           Total Noticed: 16

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2020.
db             +Harold Wlson,    146 Long Lane,    Apt. 104,    Upper Darby, PA 19082-3419
14508686        Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD  57108-5027
14489973       +NISSAN MOTOR ACCEPTANCE CORP,    PO BOX 660680,    Dallas, TX 75266-0680
14497315       +Nissan Motor Acceptance Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14505104       +Nissan Motor Acceptance Corporation,    C/O Rebecca A. Solarz, Esq.,    KML Law Group,
                 701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
14489974       +PENN MEDICINE,    PO BOX 824406,   Philadelphia, PA 19182-4406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 18 2020 05:12:26      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 18 2020 05:12:07
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 18 2020 05:12:17     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14489970       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 18 2020 05:17:16      CAPITAL ONE,
                 PO BOX 71107,    CHARLOTTE, NC 28272-1107
14489971       +E-mail/PDF: creditonebknotifications@resurgent.com Sep 18 2020 05:17:46      CREDIT ONE BANK,
                 PO BOX 98873,    LAS VEGAS, NV 89193-8873
14501982       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 18 2020 05:17:19
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14504045        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 18 2020 05:17:18      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14502016        E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 18 2020 05:17:44      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14489972       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 18 2020 05:17:17      MERRICK BANK,
                 PO BOX 1500,    DRAPER, UT 84020-1500
14508902       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 18 2020 05:17:48      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 10

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2020 at the address(es) listed below:
              REBECCA ANN SOLARZ    on behalf of Creditor   Nissan Motor Acceptance Corporation
               bkgroup@kmllawgroup.com
              TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
              TIMOTHY ZEARFOSS    on behalf of Debtor Harold  Wlson tzearfoss@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 4
```

## NOTICE REGARDING TELEPHONIC CHAPTER 7 § 341
## MEETINGS IN THE EASTERN DISTRICT OF PENNSYLVANIA
**(Effective June 12, 2020)**

On June 12, 2020, the United States Trustee for Region 3 issued a supplemental notice continuing all in-person chapter 7, 12, and 13 section 341 meetings for cases filed through October 10, 2020. Chapter 13 debtors should refer to their standing trustee's protocol or website for additional information.

All debtor attorneys and debtors are encouraged to participate in section 341 meetings by telephone, or by such remote means as the trustee has established and noticed. Attorneys and debtors may call in from separate locations. Creditors and creditor attorneys may appear remotely and should use the information provided below or on the docket to participate.

All parties are encouraged to contact the case trustee, check the case docket, and the [UST website](#) for up-to-date information about section 341 meetings of creditors.

Unless otherwise instructed, to participate in a telephonic section 341 meeting, you should use the Call-In Number and Passcode assigned to your trustee, which will be posted to the case docket prior to the section 341 meeting date.

Unless otherwise directed by your trustee, please call-in five minutes before your assigned meeting time and mute your telephone until your case is called.

Please follow the instructions below to ensure a smooth telephonic section 341 meeting of creditors.

- You must use a touch-tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call-in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors will likely be in session when you call in. You will still be able to hear the trustee even when your phone is muted.)
- Unmute your phone when the trustee calls your case so that the trustee can hear you.
- Wait until the trustee calls your case before speaking because more than one case may be waiting on the conference line at any given time.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once your meeting of creditors is finished, hang up.
- If you become disconnected before your meeting of creditors is finished, call back.

- If you are calling in from another country, please see the additional information available at:

> [https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf](https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf)

Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the section 341 meeting of creditors, either via Facetime or Skype or other means.

Required documents for the section 341 meeting of creditors should be provided to the trustee **a week prior to the section 341 meeting of creditors**. These documents should include information sufficient for the trustee to verify the debtor's SSN. Debtors shall have these documents available during the section 341 meeting of creditors in the event there are questions about the information in the documents.

The section 341 meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.