**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

```
IN RE:                        : BR NO. 20-11852
HAROLD WLSON                  :
      Debtor.                 : Chapter 7
```

**PRAECIPE TO AMEND DEBTOR'S NAME ON COURT DOCKET**

TO THE BANKRUPTCY CLERK:

Kindly amend the debtor's name as set forth on the Court Docket to conform with his name as set forth in the amended voluntary petition filed September 26, 2020 in the above-captioned case as follows:

Debtor's Name:
HAROLD WILSON

/s/Timothy Zearfoss_____
Timothy Zearfoss, Esquire
Attorney for Debtor