Certificate Number: 05781-PAE-DE-035002987

Bankruptcy Case Number: 20-11852



05781-PAE-DE-035002987

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 20, 2020</u>, at <u>1:04</u> o'clock <u>PM PDT</u>, <u>Harold Wilson</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>October 20, 2020</u>          By:   <u>/s/Allison M Geving</u>

                                       Name: <u>Allison M Geving</u>

                                       Title: <u>President</u>